IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PARUS HOLDINGS INC. § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § CIVIL ACTION No. 6:19-cv-00433-ADA <br> GOOGLE LLC § <br> § JURY TRIAL DEMANDED <br> Defendant. § | |

### DEFENDANT GOOGLE LLC'S NOTICE OF WITHDRAWAL OF RULE 12(b)(6) MOTION TO DISMISS CLAIMS OF WILLFUL INFRINGEMENT, INDUCED INFRINGEMENT AND INJUNCTIVE RELIEF

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ALAN D ALBRIGHT:

In light of Plaintiff Parus Holdings Inc. ("Parus") filing a First Amended Complaint ("FAC") (Dkt. No. 20), Defendant Google LLC ("Google") hereby withdraws its Rule 12(b)(6) Motion to Dismiss Claims of Willful Infringement, Induced Infringement and Injunctive Relief (the "Rule 12(b)(6) Motion") without prejudice to its ability to file a renewed Rule 12(b)(6) Motion to dismiss the FAC.

On July 22, 2019, Parus filed its Complaint for Patent Infringement (the "Complaint") alleging direct, indirect, and willful infringement of the '431 Patent and the '084 Patent and seeking monetary and injunctive relief. *See* Dkt. No. 1 at ¶¶ 19, 55, 56, 63, 92, 93 and Prayer for Relief. On October 7, 2019, Google timely filed its Rule 12(b)(6) Motion to dismiss Parus's claims for willful, contributory, and induced infringement and its request for injunctive relief. Dkt. No. 17. On October 21, 2019, Parus filed its FAC. Dkt. No. 20. Relying on the allegations in the FAC, Parus simultaneously filed its Response in Opposition to Google's

Rule 12(b)(6) Motion.  Dkt. No. 19.  Because the FAC supersedes the Complaint, a ruling on Google's existing Rule 12(b)(6) Motion is no longer necessary.

For these reasons, Defendant Google LLC respectfully withdraws its Rule 12(b)(6) Motion to Dismiss (Dkt. No. 17) without prejudice to its ability to file a renewed Rule 12(b)(6) motion in response to Parus Holding Inc.'s First Amended Complaint for Patent Infringement.

Dated:  October 24, 2019.            Respectfully submitted,

/s/ Steve McConnico
Steve McConnico
Texas State Bar No. 13450300
Paige Arnette Amstutz
Texas State Bar No. 00796136
**SCOTT, DOUGLASS & MCCONNICO, LLP**
303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone:  (512) 495-6300
Facsimile:  (512) 495-6399
smcconnico@scottdoug.com
pamstutz@scottdoug.com

Darin W. Snyder (*Admitted Pro Hac Vice*)
dsnyder@omm.com
Luann L. Simmons (*Admitted Pro Hac Vice*)
lsimmons@omm.com
David S. Almeling (*Admitted Pro Hac Vice*)
dalmeling@omm.com
Mark Liang (*Admitted Pro Hac Vice*)
mliang@omm.com
Bill Trac (*Admitted Pro Hac Vice*)
btrac@omm.com
Daniel Silverman (*Admitted Pro Hac Vice*)
dsilverman@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center
28th Floor
San Francisco, CA  94111-3823
Telephone:  415-984-8700
Facsimile:  415-984-8701

*Attorneys for Defendant Google LLC*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on October 24, 2019, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

>*/s/ Steve McConnico*
>Steve McConnico