# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **PARUS HOLDINGS INC.,** *Plaintiff* | § § § |
| -v- | §     **W-19-CV-00433-ADA** § § |
| **GOOGLE LLC,** *Defendant* | § § § |

## ORDER CONSOLIDATING CASES

This case appears to be related to *Parus Holdings Inc. v. Apple Inc.* (6:19-cv-00432), *Parus Holdings Inc. v. LG Elecs., Inc.* (6-19-cv-00437), *Parus Holdings Inc. v. Samsung Elecs. Co., Ltd.* (6-19-cv-00438), and *Parus Holdings Inc. v. Amazon.Com, Inc.* (6-19-cv-00454). As such, the interests of justice and convenience of the parties are best served by consolidating the actions. Accordingly, it is

**ORDERED** that this case be consolidated under **6:19-cv-00432**.

The Clerk of the Court is directed to consolidate **6:19-cv-00432**, **6:19-cv-00433**, **6:19-cv-00437**, **6:19-cv-00438**, and **6:19-cv-00454**, where **6:19-cv-00432** is the lead case.

**SIGNED** this 20th day of December, 2019.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE